# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CHARLES G. MENK, III, *et al.*,

        Plaintiffs,

v.

THE MITRE CORPORATION

        Defendant.

Civil Action No. 23-cv-00053-JRR

## DEFENDANT'S MOTION TO TRANSFER VENUE

The MITRE Corporation ("MITRE"), by counsel, pursuant to 28 U.S.C. § 1404(a), submits this Motion to Transfer Venue and Memorandum in Support thereof.

MITRE is headquartered in McLean, Virginia and all of the decisions challenged in this case were made in McLean. More than half of the 69 Plaintiffs lived in Virginia and/or worked in one of MITRE's Virginia locations, and MITRE employs approximately 5,000 people in Virginia. By contrast, only six of the 69 Plaintiffs list a Maryland address and only four worked in one of MITRE's Maryland locations. Maryland has minimal connections to this case and should not be deemed a "home forum." Consideration of the convenience of the parties and witnesses and the interests of justice weigh heavily in favor of transfer.

Accordingly, MITRE respectfully requests the Court grant the Motion and transfer this matter to the Eastern District of Virginia (Alexandria Division).

In support of this Motion, MITRE respectfully refers the Court to the accompanying Memorandum of Points and Authorities in Support.

March 20, 2023                     Respectfully submitted,

                                          SEYFARTH SHAW LLP

                                          By:  */s/  Christine Costantino*
                                          Raymond C. Baldwin,
                                          rbaldwin@seyfarth.com
                                          Christine Costantino
                                          ccostantino@seyfarth.com
                                          SEYFARTH SHAW LLP
                                          975 F Street, N.W.
                                          Washington, DC  20004
                                          Telephone:   (202) 463-2400
                                          Facsimile:    (202) 828-5393

                                          *Counsel for Defendant*

93292051v.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March 2023, the foregoing Motion to Transfer Venue and Memorandum of Points and Authorities in Support was filed with the Clerk of the Court and uploaded to the CM/ECF system, which will send notification of such filing to the email address on file with the Court:

>Francis J. Collins, Esq.
>KAHN, SMITH & COLLINS, P.A.
>201 N. Charles Street, Tenth Floor
>Baltimore, MD 21201
>
>*Counsel for Plaintiffs*

>*/s/ Christine M. Costantino*
>Christine M. Costantino