In The
United States District Court
for the
District of Maryland

**CHARLES MENK, III,** *et al.*

    **Plaintiff,**

**vs.**                                    **Civil Action No: 23-cv-00053-JRR**
**THE MITRE CORPORATION**

    **Defendant.**

-o0o-
**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of October 2023, a copy Document 47 was forwarded electronically to:

Christine Costantino, Esquire
Jennifer McGover, Esquire
Ray Baldwin, Esquire
Seyfarth Shaw LLP
975 F. Street NW
Washington, DC 20004

                                  Respectfully submitted,
                                  Kahn, Smith & Collins, P.A.

                                  Francis J. Collins, Esq.
                                  CPF ID No. 8501010118
                                  Fed Ct. # 04272
                                  fjcollins@kahnsmith.com
                                  201 N. Charles Street, Tenth Floor
                                  Baltimore, Maryland 21201
                                  (410) 244-1010 (telephone)
                                  (410) 244-8001 (fax)

1